# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-89

| | |
|---|---|
| PAUL BONESTEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RAZOR USA, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Anthony T. Lathrop's Application for Admission to Practice *Pro Hac Vice* of Jonathan T. Barton. It appearing that Jonathan T. Barton is a member in good standing with the Missouri State Bar and will be appearing with Anthony T. Lathrop, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Anthony T. Lathrop's Application for Admission to Practice Pro Hac Vice (#3) of Jonathan T. Barton is **GRANTED**, and that Jonathan T. Barton is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Anthony T. Lathrop.

Signed: May 7, 2015

Dennis L. Howell
United States Magistrate Judge